**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**          TELEPHONE: (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE     TELECOPIER: (303)335-2178

# M E M O R A N D U M

**TO:** Jeffrey P. Colwell, Clerk
Attn: Senior Judge Team

**FROM:** Judge Wiley Y. Daniel

**DATE:** April 9, 2019

**RE:** Criminal Case No. **19-cr-00150-WYD**
**UNITED STATES OF AMERICA v. 1. JUSTIN BOWEN NEISLER**

Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.