## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: April 17, 2019 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation: n/a | |

**CASE NO. 19-cr-00150-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Patricia Davies |
| Plaintiff, | |
| v. | |
| 1. JUSTIN BOWEN NEISLER, | Thomas Ward for Martin Stuart |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING and STATUS CONFERENCE**
**COURT IN SESSION:** 1:30 p.m.

Appearances of counsel. Defendant is present and in custody.

Discussion held regarding the status of the case, discovery, Motion for Protective Order (Doc. 22), and the Unopposed Motion to Continue Jury Trial and to Exclude 120 Days from the Speedy Trial Calendar Pursuant to 18 U.S.C. §§3161(H)(7)(a) and (B)(i) and (iv) (Doc. 23).

Ms. Davies requests additional time to produce discovery.

**ORDERED:** The Government shall produce discovery on or before **April 30, 2019.**

The Court states its findings pursuant to 18 U.S.C. §3161.

**ORDERED:** Unopposed Motion to Continue Jury Trial and to Exclude 120 Days from the Speedy Trial Calendar Pursuant to 18 U.S.C. §§3161(H)(7)(a) and (B)(i)

and (iv) (Doc. 23) is GRANTED as stated on the record. 120 days will be added to the 70-day speedy trial clock as calculated by the Magistrate Judge, exclusive of tolled time.

**ORDERED:** Any previously set hearings and deadlines are VACATED.

**ORDERED:** The five-day jury trial set for June 10, 2019, is **RESET** to **October 7, 2019. Counsel and the defendant shall be present at 8:30 a.m. on the first day of trial and 9:00 a.m. on subsequent days.**

**ORDERED:** A Trial Preparation Conference is set for **September 26, 2019, at 10:00 a.m.**

**ORDERED:** Pretrial motions are due on or before **July 15, 2019.** Responses to pretrial motions are due on or before **July 29, 2019.**

A written order will issue regarding the Motion for Protective Order (Doc. 22).

Discussion held regarding the Complaint (Doc. 1) and the Motion for Leave to Restrict (Doc. 3).

**ORDERED:** The Complaint (Doc. 1) and the Motion for Leave to Restrict (Doc. 3) shall be unrestricted.

**COURT IN RECESS:**     2:06 a.m.
**Total in court time:**     00:36
**Hearing concluded**