**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00150-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JUSTIN BOWEN NEISLER,

    Defendant.

---

**GOVERNMENT'S MOTION TO DISCLOSE
GRAND JURY MATERIAL TO DEFENDANT**

---

The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Patricia Davies, Assistant United States Attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), for an order authorizing the Government to disclose Grand Jury testimony and exhibits to the Defendant and the Defendant's attorney, as part of discovery in this case, on the terms and conditions outlined below.

As grounds for this motion, the Government states as follows:

1. Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "a matter occurring before the grand jury."

2. Based on the Defendant's request, the Government wishes to provide a Grand Jury transcript and exhibits in discovery for this case. The Grand Jury transcript and exhibits relate to the present Indictment, is pertinent to the present case and should be disclosed to the defense, as it may be helpful for the defense to review for effective

1

preparation of the case.

3. Fed. R. Crim. P. 6(e)(3)(E)(i) allows for Court-authorized disclosure of "a Grand Jury matter," when such disclosure is "preliminarily to or in connection with a judicial proceeding."

4. The pending case is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding. The Government wishes to provide this discovery, but can only do so with the Court's approval.

5. Because these proceedings (and the related transcript and exhibits) remain secret, *see* Fed. R. Crim. P. 6(e), the Government moves that disclosure only be allowed for purposes of defending this case; that such disclosure only be made to the Defendant and the Defendant's attorney; that such transcript and exhibits be maintained in the defense counsel's custody; that such materials shall not be reproduced or disseminated; and that such materials be returned to the United States at the end of this case.

WHEREFORE, the Government respectfully requests that the Court authorize the disclosure of Grand Jury testimony and exhibits to the Defendant and the Defendant's attorney, in the course of providing discovery in this case, on the terms and

conditions outlined above.

      Respectfully submitted this 20th day of June, 2019.

                                          JASON R. DUNN
                                          United States Attorney

                                          *s/ Patricia Davies*
                                          Assistant United States Attorney
                                          1801 California Street, Suite 1600
                                          Denver, Colorado 80202
                                          Telephone: 303-454-0100
                                          Facsimile: 303-454-0401
                                          E-mail: Patricia.Davies@usdoj.gov
                                          Attorney for the United States

## CERTIFICATE OF SERVICE

  I hereby certify that on June 20, 2019, I electronically filed the foregoing GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants in this matter.

               *s/ Glenda Galloway*
               Legal Assistant
               United States Attorney's Office