**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00150-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN BOWEN NEISLER,

    Defendant.

---

**SUPERSEDING INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

On or about June 1, 2018, in the State and District of Colorado, JUSTIN BOWEN NEISLER, defendant herein, did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen, to wit: "Minor #1," a minor child to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, to wit: a visual depiction with the file name IMG_0367.MOV, and attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

On or about June 13, 2018, in the State and District of Colorado, JUSTIN BOWEN NEISLER, defendant herein, did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen, to wit: "Minor #2," a minor child to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a visual depiction with the file name MOVI0004.mov, and attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 3

On or about August 13, 2018, in the State and District of Colorado, JUSTIN BOWEN NEISLER, defendant herein, did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen, to wit: "Minor #3," a minor child, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a visual depiction with the file name IMG_0257.TRIM.m4v, and attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 4

On or about August 24, 2018, in the State and District of Colorado, JUSTIN BOWEN NEISLER, defendant herein, did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen, to wit: "Minor #4," a minor child to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, to wit: a visual depiction with the file name IMG_0364.TRIM.MOV, and attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 5

On or about February 28, 2019, in the State and District of Colorado, JUSTIN BOWEN NEISLER, defendant herein, did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen, to wit: "Minor #5," a minor child to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a visual depiction with the file name IMG_1970.MOV, and attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 6

Between on or about September 17, 2018, and on or about October 13, 2018, in the State and District of Colorado and elsewhere, JUSTIN BOWEN NEISLER, defendant herein, did knowingly transport and ship child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## COUNT 7

Between on or about October 17, 2018, and on or about October 24, 2018, in the State and District of Colorado and elsewhere, JUSTIN BOWEN NEISLER, defendant herein, did knowingly transport and ship child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## COUNT 8

Between on or about December 1, 2018, and on or about December 2, 2018, in the State and District of Colorado and elsewhere, JUSTIN BOWEN NEISLER, defendant herein, did knowingly transport and ship child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce

by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## COUNT 9

Between on or about December 5, 2018, and on or about December 6, 2018, in the State and District of Colorado and elsewhere, JUSTIN BOWEN NEISLER, defendant herein, did knowingly transport and ship child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## COUNT 10

On or about March 13, 2019, in the State and District of Colorado, JUSTIN BOWEN NEISLER, defendant herein, did knowingly possess any computer disk and other material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: digital storage devices seized from JUSTIN BOWEN NEISLER on March 13, 2019.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## COUNT 11

On or about March 13, 2019, in the State and District of Colorado, JUSTIN BOWEN NEISLER, defendant herein, did knowingly possess material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, to wit: child pornography contained in the iCloud account associated with JUSTIN NEISLER, drjneisler@gmail.com, and telephone number 678-232-6335.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1-11 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of any of the violations alleged in Counts 1 through 11 of this Superseding Indictment involving violations of Title 18, United States Code Sections 2251 and 2252A, the defendant, JUSTIN BOWEN NEISLER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

   a) any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film or videotape, or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped, or received;

  b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

  c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

 3. The property subject to forfeiture, pursuant to Title 18, United States Code Section 2253, includes, but is not limited to, the following items recovered from the defendant's residence:

  a) One (1) MacBook Air A1534 laptop computer bearing serial number C02QP6CNGCN3, containing one (1) 250 GB hard drive bearing no visible serial number.

  b) One (1) Apple iPhone cellular telephone, Serial number GONVR7L6JCL9.

  c) One (1) Fab Quality HD Spy Pen Camera, no serial number with Micro SD Card 16GB, serial number AK15H2C1803.

  d) One (1) Western Digital my passport external hard drive, 304GB, bearing serial number WX30A8931311.

  e) One (1) Apple AirPort Time Capsule A1409 containing Western Digital hard drive, 2TB serial number WCC1H0547554.

 4. If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendant:

  a) cannot be located upon the exercise of due diligence;

  b) has been transferred or sold to, or deposited with, a third party;

  c) has been placed beyond the jurisdiction of the Court;

    d)  has been substantially diminished in value; or

    e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

              A TRUE BILL:

              <u>Ink signature on file in the Clerk's Office</u>
              FOREPERSON

JASON R. DUNN
United States Attorney

By:  <u>*s/ Patricia Davies*</u>
Patricia Davies
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0403
E-mail:  Patricia.Davies@usdoj.gov
Attorneys for the Government