IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00150-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN BOWEN NEISLER,

Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

---

    The United States of America, by and through United States Attorney Jason R. Dunn for the District of Colorado, and Patricia Davies, Assistant United States Attorney, respectfully moves that, at the time of the sentencing hearing, the Court grant an additional one-level reduction in defendant Justin Bowen Neisler's offense level, pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines.

    The government submits that the defendant is entitled to this additional one-level reduction because his agreement to plead guilty and his timely notice thereof permitted the government to avoid preparing for trial, and for the Court and government to allocate

their resources more efficiently.

Respectfully submitted this 21st day of August, 2020,

              JASON R. DUNN
              United States Attorney

              By: *s/ Patricia Davies*
              Patricia Davies
              Assistant United States Attorney
              United States Attorney's Office
              1801 California Street, Suite 1600
              Denver, Colorado 80202
              Telephone: (303) 454-0100
              Email: Patricia.Davies@usdoj.gov
              Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2020, I electronically filed the foregoing **GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

By: *s/Amy McDaniel*
Amy McDaniel
Legal Assistant
United States Attorney's Office