**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00150-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN BOWEN NEISLER,

Defendant.

---

**ORDER**

---

    THIS MATTER comes before the Court upon motion of the government to grant defendant Justin Bowen Neisler an additional one-level decrease, pursuant to U.S.S.G § 3E1.1(b), and the Court having considered the same,

    IT IS HEREBY ORDERED that defendant Neisler is granted an additional one-level decrease pursuant to U.S.S.G § 3E1.1(b), this _____ day of _____, 2020.

                                                       BY THE COURT:

                                                       _____
                                                       Hon. Raymond P. Moore
                                                       United States District Court Judge
                                                       District of Colorado