**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00150-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JUSTIN BOWEN NEISLER,

Defendant.

---

**GOVERNMENT'S MOTION TO DISMISS THE PENDING INDICTMENTS
AT THE TIME OF SENTENCING**

---

The United States of America, by and through United States Attorney Jason R. Dunn for the District of Colorado, and Patricia Davies, Assistant United States Attorney, respectfully moves this Court to enter an order dismissing the Indictment (Doc. # 16), the Superseding Indictment (Doc. # 37), and the Second Superseding Indictment (Doc. # 56), at the time of the sentencing hearing in this matter.

The defendant entered his guilty plea on January 9, 2020, to Count 1 of the Information (Doc. # 70).  As part of the parties' plea agreement (Doc. # 73), the government agreed to the Indictment at the time of the sentencing hearing.

Accordingly, the United States requests that, at the time of sentencing hearing for the defendant Justin Bowen Neisler, this Court dismiss the Indictment, the Superseding

Indictment, and the Second Superseding Indictment in this case.

Respectfully submitted this 21st day of August, 2020.

JASON R. DUNN
United States Attorney

By:  *s/ Patricia Davies*
Patricia Davies
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Patricia.Davies@usdoj.gov
Attorney for the Government

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 21st day of August, 2020, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS THE PENDING INDICTMENTS AT THE TIME OF SENTENCING** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.


By:  *s/Amy McDaniel*
Amy McDaniel
Legal Assistant
United States Attorney's Office