IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-CR-000150-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**JUSTIN NEISLER**,

Defendant.

---

**MOTION FOR ORDER TO ALLOW DR. NEISLER TO WEAR STREET CLOTHES TO HIS SENTENCING HEARING**

---

**COMES NOW** defendant Justin Neisler, by through counsel Martin Stuart of McDermott Stuart & Ward LLP, and respectfully requests the Court for an order directing the United States Marshal Service to allow Dr. Neisler to dress in street clothes for his sentencing hearing.

**AS GROUNDS:**

1. Dr. Neisler, who is currently being detained at the Clear Creek County Jail, is scheduled to be sentenced on September 22, 2020.

2. Dr. Neisler wishes to dress in street clothes for his sentencing hearing.

3. Defense counsel is prepared to deliver a set of clothing to the US Marshal prior to the hearing.

**WHEREFORE**, Dr. Neisler respectfully requests that this Honorable Court enter an order directing the United States Marshal Service to allow Dr. Neisler to dress in clothing provided by defense counsel for his sentencing hearing.

Respectfully submitted,

Dated: September 8, 2020

By: s/Martin Stuart
    MARTIN STUART, *counsel for Mr. Neisler*
    McDermott Stuart & Ward, LLP
    140 E. 19th Ave., Suite 300
    Denver, CO 80203
    Phone 303-832-8888
    mstuart@mswdenver.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of September 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Martin Stuart
Martin Stuart