# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: September 22, 2020 |
| Court Reporter: Tracy Weir | Interpreter: n/a |
| Probation: Michelle Means | |

**CASE NO. 19-cr-00150-RM**

<u>Parties</u>                                                                                  <u>Counsel</u>

UNITED STATES OF AMERICA,                                     Patricia Davies
                                                                                            Alecia Riewerts
     Plaintiff,

v.

1. JUSTIN BOWEN NEISLER,                                       Martin Stuart

     Defendant.

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:** 9:01 a.m.

The Court addresses preliminary matters.

Appearances of counsel. Defendant is present and in custody.

Defendant entered his plea on January 9, 2020, to Count 1 of the Information. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:** Government's Motion to Grant the Defendant an Additional One-level Decrease Pursuant to U.S.S.G. § 3E1.1(b) (Doc. 85) is GRANTED.

Discussion held regarding assessments and fines available and certain supervised release conditions.

**Court in recess:** 10:45 a.m.
**Court in session:** 10:56 a.m.

Argument given regarding sentencing by the Government.

The interpreter present for Victim Number 2's mother is sworn.

Victim Number 2 and his mother address the Court.

The defendant's mother addresses the Court.

Argument given regarding sentencing by Mr. Stuart.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, JUSTIN BOWEN NEISLER, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **276 months.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at FCI-Englewood.

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **ten (10) years.**

**ORDERED:** While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:** Defendant shall pay the following Special Assessments immediately: **$100** to **Crime Victim Fund** and **$10,000** to **AVAA.**

**ORDERED:** **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**ORDERED:** Government's Motion to Dismiss the Pending Indictments at the Time of Sentencing (Doc. 86) is GRANTED.

**Court in recess:**     **1:06 p.m.**
Total time:              3:43
Hearing concluded.